

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2020

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sandee Bryan Marion, Chief Justice[1]
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice[1]
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

A majority of the court has voted to GRANT Appellee's motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7. "[T]he panel's [June 24, 2020 opinion and judgment] does not become final, and the case will be resubmitted to the court for en banc review and disposition." *See Id.*

Entered this 19th day of November, 2020.

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

**PER CURIAM**

---

[1] Dissents from the order granting en banc reconsideration